**KATTEN MUCHIN ROSENMAN LLP**
Zia F. Modabber (SBN 137388)
zia.modabber@kattenlaw.com
Tami Kameda Sims (SBN 245628)
tami.sims@kattenlaw.com
Sara Karubian (SBN 266219)
sara.karubian@kattenlaw.com
2029 Century Park East, Suite 2600
Los Angeles, CA 90067-3012
Telephone: 310.788.4400
Facsimile: 310.788.4471

**KINSELLA WEITZMAN ISER KUMP & ALDISERT LLP**
Howard Weitzman (SBN 38723)
hweitzman@kwikalaw.com
Jeremiah T. Reynolds (SBN 223554)
jreynolds@kwikalaw.com
808 Wilshire Boulevard, 3rd Floor
Santa Monica, California 90401
Telephone: 310.566.9800
Facsimile: 310.566.9850

Attorneys for John Branca and John McClain, Executors of the Estate of Michael J. Jackson, Michael Jackson Company, LLC, MJJ Productions, Inc. and Optimum Productions

Katten
Katten Muchin Rosenman LLP
2029 Century Park East, Suite 2600
Los Angeles, CA 90067-3012
310.788.4400 tel 310.788.4471 fax

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

**CENTRAL DIVISION**

JOHN BRANCA AND JOHN MCCLAIN, Executors of the Estate of Michael J. Jackson, et al.,

Plaintiffs,

vs.

HOWARD MANN, an individual, et al.,

Defendants.

CASE NO. CV-11-584 DDP (PJWx)

[Hon. Dean D. Pregerson]

**DECLARATION OF JERYLL COHEN IN SUPPORT OF PLAINTIFFS' OPPOSITION TO THE MOTION TO INTERVENE OF FRANK C. COONIS AND FRANK COONIS INVESTIGATIONS**

Date: August 1, 2011
Time: 10:00 a.m.
Place: Courtroom 3

[*Plaintiffs' Opposition; Declaration of Zia Modabber; and Request for Judicial Notice filed concurrently herewith*]

## DECLARATION OF JERYLL S. COHEN

I, Jeryll Sue Cohen, declare as follows:

1. I make this Declaration in support of the opposition of Plaintiffs John Branca and John McClain, Executors of the Estate of Michael J. Jackson (the "Estate"), Michael Jackson Company, LLC, MJJ Productions, Inc., and Optimum Productions (collectively, "Plaintiffs") to the motion to intervene filed by Frank C. Coonis and Frank Coonis Investigations, Inc. (collectively, "Petitioners").

2. Other than those facts stated on information and belief, as to which I am informed and which I believe to be true, I have personal knowledge of the matters set forth herein, and if called to testify to the facts stated herein, I could and would do so competently.

3. I am a partner at the law firm Hoffman Sabban & Watenmaker APC, counsel of record in the probate matter entitled Estate of Michael Joseph Jackson, Los Angeles Superior Court, Case No. BP117321. My practice includes trust and estate planning and administration, and I am one of the partners with principal responsibility for this matter.

4. Mr. Jackson passed away on June 25, 2009. Mr. Jackson's will was admitted to probate in Los Angeles Superior Court, Case No. BP117321.

5. Due to my representation of the Estate, I am aware of and am responsible for monitoring all creditors' claims against the Estate. Based on my knowledge of the probate proceedings and the claims that have been filed, and based on my review of the Probate Court's docket in this matter, neither petitioner Frank C. Coonis, nor petitioner Frank Coonis Investigations, Inc. has ever filed or served a creditor's claim against the Estate.

6. The time for filing creditors claims in this matter has expired, both because it is more than four months since Letters were first issued to a General Personal Representative (Probate Code Sections 9100, 9351), and more than one year

Katten
KattenMuchinRosenman LLP
2029 Century Park East, Suite 2600
Los Angeles, CA 90067-3012
310.788.4400 tel 310.788.4471 fax

has passed since Michael Jackson's death (California Code of Civil Procedure, Section 366.2).

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on June 20, 2011 at Los Angeles, ~~California.~~

Jeryll Sue Cohen

Katten
KattenMuchinRosenman LLP
2029 Century Park East, Suite 2600
Los Angeles, CA 90067-3012
310.788.4400 tel 310.788.4471 fax