Lee H. Durst, Esq., SBN 69704
THE DURST FIRM
220 Newport Center Drive, Suite 11285
Newport Beach, California 92660
Tel: 949-400-5068 & Fax 714-242-2096
Email: lee.durst@gmail.com

Denise Hsu Sze, Attorney at Law, SBN 238511
Randall B. Jakubowski, Esq., SBN 248357
Onyx Law Group
P.O. Box 64191
Los Angeles, California 90064
dhs@onyxlawgroup.com

Attorneys for Defendants Howard Mann, Sonia Lowe, Vintage Pop Media Group
LLC & Vintage Pop, Inc.; and DC NetCast Media Group, Inc.

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

### CENTRAL DIVISION

| | |
|---|---|
| John Branca, John McClain, Executors of the Estate of Michael Jackson, MJJ Productions, Inc., a California Corporation, Optimum Productions, a California Corporation<br><br>Plaintiffs,<br><br>vs.<br><br>Howard Mann, Sonia Lowe, Vintage Pop Media Group LLC, a California limited liability company, Vintage Pop, Inc., DC NetCast Media Group, Inc.<br><br>Defendants. | Case No.: **CV 11-00584 DDP (PJW)**<br>Judge Dean D. Pregerson<br>(Magistrate Judge Patrick J. Walsh)<br>COURTROOM 3<br><br>**ANSWER TO COMPLAINT**<br>**By SONIA LOWE**<br>DEMAND FOR JURY TRIAL |

Defendant, SONIA LOWE (hereinafter referred to as Defendant) hereby answers the Complaint of Plaintiffs, John Branca, John McClain, Executors of the Estate of Michael Jackson, MJJ Productions, Inc., a California Corporation, Optimum Productions, a California Corporation, (hereinafter collectively referred to as Plaintiffs) as follows:

1.    In responding to paragraph 1 of the Complaint, Defendants denies the allegations contained therein.

2.    In responding to paragraph 2 of the Complaint, Defendants denies the allegations contained therein.

3.    In responding to paragraph 3 of the Complaint, Defendants have no opinion on this paragraph and as such denies the allegations contained therein.

4.    In responding to paragraph 4 of the Complaint, Defendants have no opinion on this paragraph and as such deny the allegations contained therein.

5.    In responding to paragraph 5 of the Complaint, Defendants have no opinion on this paragraph and as such denies the allegations contained therein.

6.    In responding to paragraph 6 of the Complaint, Defendants have no opinion on this paragraph and as such denies the allegations contained therein.

7.    In responding to paragraph 7 of the Complaint, Defendants have no opinion on this paragraph and as such denies the allegations contained therein.

8.    In responding to paragraph 8 of the Complaint, Defendants denies the allegations contained therein.

9.    In responding to paragraph 9 of the Complaint, Defendants admit the allegations contained therein.

10.    In responding to paragraph 10 of the Complaint, Defendants denies the allegations contained therein.

11.    In responding to paragraph 11 of the Complaint, Defendants admit the allegations contained therein.

12.    In responding to paragraph 12 of the Complaint, Defendants admit the allegations contained therein.

13.    In responding to paragraph 13 of the Complaint, Defendants denies the allegations contained therein.

14.    In responding to paragraph 14 of the Complaint, Defendants denies the allegations contained therein.

15.    In responding to paragraph 15 of the Complaint, Defendants denies the allegations contained therein.

16.    In responding to paragraph 16 of the Complaint, Defendants denies the allegations contained therein.

17.    In responding to paragraph 17 of the Complaint, Defendants denies the allegations contained therein.

18.    In responding to paragraph 18 of the Complaint, Defendants denies the allegations contained therein.

19.    In responding to paragraph 19 of the Complaint, Defendants admits the allegations contained therein.

20.    In responding to paragraph 20 of the Complaint, Defendants admit the allegations contained therein.

21.    In responding to paragraph 21 of the Complaint, Defendants admit the allegations contained therein.

22.    In responding to paragraph 22 of the Complaint, Defendants denies the allegations contained therein.

23.    In responding to paragraph 23 of the Complaint, Defendants denies the allegations contained therein.

24.    In responding to paragraph 24 of the Complaint, Defendants denies the allegations contained therein.

25.    In responding to paragraph 25 of the Complaint, Defendants denies the allegations contained therein.

26.    In responding to paragraph 26 of the Complaint, Defendants denies the allegations contained therein.

27.    In responding to paragraph 27 of the Complaint, Defendants denies the allegations contained therein.

28.    In responding to paragraph 28 of the Complaint, Defendants denies the allegations contained therein.

29.    In responding to paragraph 29 of the Complaint, Defendants denies the allegations contained therein.

30.    In responding to paragraph 30 of the Complaint, Defendants admits the allegations contained therein.

31.    In responding to paragraph 31 of the Complaint, Defendants denies the allegations contained therein.

32.  In responding to paragraph 32 of the Complaint, Defendants denies the allegations contained therein.

33.  In responding to paragraph 33 of the Complaint, Defendants denies the allegations contained therein.

34.  In responding to paragraph 34 of the Complaint, Defendants denies the allegations contained therein.

35.  In responding to paragraphs 1 - 34 of the Complaint, Defendants repeats the admissions and/or denials contained therein.

36.  In responding to paragraph 36 of the Complaint, Defendants denies the allegations contained therein.

37.  In responding to paragraph 37of the Complaint, Defendants denies the allegations contained therein.

38.  In responding to paragraph 38of the Complaint, Defendants denies the allegations contained therein.

39.  In responding to paragraph 39 of the Complaint, Defendants denies the allegations contained therein.

40.  In responding to paragraph 40 of the Complaint, Defendants denies the allegations contained therein.

41.  In responding to paragraph 41 of the Complaint, Defendants denies the allegations contained therein.

42.  In responding to paragraph 42 of the Complaint, Defendants denies the allegations contained therein.

43.  In responding to paragraph 43 of the Complaint, Defendants denies the allegations contained therein.

44.    In responding to paragraphs 1 - 43 of the Complaint, Defendants repeats the admissions and/or denials contained therein.

45.    In responding to paragraph 45 of the Complaint, Defendants denies the allegations contained therein.

46.    In responding to paragraph 46 of the Complaint, Defendants denies the allegations contained therein.

47.    In responding to paragraph 47 of the Complaint, Defendants denies the allegations contained therein.

48.    In responding to paragraph 48 of the Complaint, Defendants denies the allegations contained therein.

49.    In responding to paragraph 49 of the Complaint, Defendants denies the allegations contained therein.

50.    In responding to paragraph 50 of the Complaint, Defendants denies the allegations contained therein.

51.    In responding to paragraph 51 of the Complaint, Defendants denies the allegations contained therein.

52.    In responding to paragraph 52 of the Complaint, Defendants denies the allegations contained therein.

53.    In responding to paragraph 53 of the Complaint, Defendants denies the allegations contained therein.

54.    In responding to paragraph 54 of the Complaint, Defendants denies the allegations contained therein.

55.    In responding to paragraphs 1 - 54 of the Complaint, Defendants repeats the admissions and/or denials contained therein.

56. In responding to paragraph 56 of the Complaint, Defendants denies the allegations contained therein.

57. In responding to paragraph 57 of the Complaint, Defendants denies the allegations contained therein.

58. In responding to paragraph 58 of the Complaint, Defendants denies the allegations contained therein.

59. In responding to paragraph 59 of the Complaint, Defendants denies the allegations contained therein.

60. In responding to paragraph 60 of the Complaint, Defendants denies the allegations contained therein.

61. In responding to paragraph 61 of the Complaint, Defendants denies the allegations contained therein.

62. In responding to paragraph 62 of the Complaint, Defendants denies the allegations contained therein.

63. In responding to paragraph 63 of the Complaint, Defendants denies the allegations contained therein.

64. In responding to paragraph 64 of the Complaint, Defendants denies the allegations contained therein.

65. In responding to paragraphs 1 - 64 of the Complaint, Defendants repeats the admissions and/or denials contained therein.

66. In responding to paragraph 66 of the Complaint, Defendants denies the allegations contained therein.

67. In responding to paragraph 67 of the Complaint, Defendants denies the allegations contained therein.

68.   In responding to paragraph 68 of the Complaint, Defendants denies the allegations contained therein.

69.   In responding to paragraph 69 of the Complaint, Defendants denies the allegations contained therein.

70.   In responding to paragraph 70 of the Complaint, Defendants denies the allegations contained therein.

71.   In responding to paragraph 71 of the Complaint, Defendants denies the allegations contained therein.

72.   In responding to paragraph 72 of the Complaint, Defendants denies the allegations contained therein.

73.   In responding to paragraphs 1 - 72 of the Complaint, Defendants repeats the admissions and/or denials contained therein.

74.   In responding to paragraph 74 of the Complaint, Defendants denies the allegations contained therein.

75.   In responding to paragraph 75 of the Complaint, Defendants denies the allegations contained therein.

76.   In responding to paragraph 76 of the Complaint, Defendants denies the allegations contained therein.

77.   In responding to paragraph 77 of the Complaint, Defendants denies the allegations contained therein.

78.   In responding to paragraph 78 of the Complaint, Defendants denies the allegations contained therein.

79.   In responding to paragraph 79 of the Complaint, Defendants denies the allegations contained therein.

80.  In responding to paragraph 80 of the Complaint, Defendants denies the allegations contained therein.

81.  In responding to paragraph 81 of the Complaint, Defendants denies the allegations contained therein.

82.  In responding to paragraph 82 of the Complaint, Defendants denies the allegations contained therein.

83.  In responding to paragraphs 1 - 82 of the Complaint, Defendants repeats the admissions and/or denials contained therein.

84.  In responding to paragraph 84 of the Complaint, Defendants denies the allegations contained therein.

85.  In responding to paragraph 85 of the Complaint, Defendants denies the allegations contained therein.

86.  In responding to paragraph 86 of the Complaint, Defendants denies the allegations contained therein.

87.  In responding to paragraph 87 of the Complaint, Defendants denies the allegations contained therein.

88.  In responding to paragraph 88 of the Complaint, Defendants denies the allegations contained therein.

89.  In responding to paragraph 89 of the Complaint, Defendants denies the allegations contained therein.

90.  In responding to paragraphs 1 - 89 of the Complaint, Defendants repeats the admissions and/or denials contained therein.

91.  In responding to paragraph 91 of the Complaint, Defendants denies the allegations contained therein.

92.   In responding to paragraph 92 of the Complaint, Defendants denies the allegations contained therein.

93.   In responding to paragraph 93 of the Complaint, Defendants denies the allegations contained therein.

94.   In responding to paragraph 94 of the Complaint, Defendants denies the allegations contained therein.

95.   In responding to paragraph 95 of the Complaint, Defendants denies the allegations contained therein.

96.   In responding to paragraph 96 of the Complaint, Defendants denies the allegations contained therein.

97.   In responding to paragraph 97 of the Complaint, Defendants denies the allegations contained therein.

98.   In responding to paragraph 98 of the Complaint, Defendants denies the allegations contained therein.

99.   In responding to paragraph 99 of the Complaint, Defendants denies the allegations contained therein.

100.  In responding to paragraphs 1 - 99 of the Complaint, Defendants repeats the admissions and/or denials contained therein.

101.  In responding to paragraph 101 of the Complaint, Defendants denies the allegations contained therein.

102.  In responding to paragraph 102 of the Complaint, Defendants denies the allegations contained therein.

103.  In responding to paragraph 103 of the Complaint, Defendants denies the allegations contained therein.

104. In responding to paragraph 104 of the Complaint, Defendants denies the allegations contained therein.

105. In responding to paragraph 105 of the Complaint, Defendants denies the allegations contained therein.

106. In responding to paragraphs 1 - 105 of the Complaint, Defendants repeats the admissions and/or denials contained therein.

107. In responding to paragraph 107 of the Complaint, Defendants denies the allegations contained therein.

108. In responding to paragraph 108 of the Complaint, Defendants denies the allegations contained therein.

109. In responding to paragraph 109 of the Complaint, Defendants denies the allegations contained therein.

110. In responding to paragraph 110 of the Complaint, Defendants denies the allegations contained therein.

111. In responding to paragraph 111 of the Complaint, Defendants denies the allegations contained therein.

112. In responding to paragraph 112 of the Complaint, Defendants denies the allegations contained therein.

113. In responding to paragraphs 1 - 112 of the Complaint, Defendants repeats the admissions and/or denials contained therein.

114. In responding to paragraph 114 of the Complaint, Defendants denies the allegations contained therein.

115. In responding to paragraph 115 of the Complaint, Defendants denies the allegations contained therein.

116.   In responding to paragraph 116 of the Complaint, Defendants denies the allegations contained therein.

117.   In responding to paragraph 117 of the Complaint, Defendants denies the allegations contained therein.

118.   In responding to paragraphs 1 - 117 of the Complaint, Defendants repeats the admissions and/or denials contained therein.

119.   In responding to paragraph 119 of the Complaint, Defendants denies the allegations contained therein.

120.   In responding to paragraph 120 of the Complaint, Defendants denies the allegations contained therein.

121.   In responding to paragraph 121 of the Complaint, Defendants denies the allegations contained therein.

122.   In responding to paragraph 122 of the Complaint, Defendants denies the allegations contained therein.

123.   In responding to paragraphs 1 - 122 of the Complaint, Defendants repeats the admissions and/or denials contained therein.

124.   In responding to paragraph 124 of the Complaint, Defendants denies the allegations contained therein.

125.   In responding to paragraph 125 of the Complaint, Defendants denies the allegations contained therein.

I

FIRST AFFIRMATIVE DEFENSE

Plaintiffs' complaint in each alleged cause of action thereof fails to state a cause of action against this answering defendant.

II

SECOND AFFIRMATIVE DEFENSE

That any and all events and happenings in connection with the allegations contained in Plaintiffs' Complaint and resulting injuries and damages, if any, referred to therein, were proximately caused and/or contributed to by the negligence of the Plaintiffs and by or were proximately caused and/or contributed to or were proximately caused and/or contributed to by the negligence of the Plaintiffs and by others for whom this answering defendant is not responsible, and as such said complaint is barred herein to the extent of the application of the doctrine of comparative negligence.

III

THIRD AFFIRMATIVE DEFENSE

If in fact Plaintiffs were damaged in any manner whatsoever, this answering defendant are entitled to a right to indemnification by apportionment against all other parties and persons whose negligence contributed proximately to the happening of the incidents or alleged injuries.

IV

FOURTH AFFIRMATIVE DEFENSE

Plaintiffs' Complaint is barred by the doctrine of laches.

V

FIFTH AFFIRMATIVE DEFENSE

Plaintiffs' Complaint is barred by the doctrine of unclean hands.

VI

ANSWER TO COMPLAINT – Page 13                    **CV 11-00584 DDP (PJW)**

SIXTH AFFIRMATIVE DEFENSE

Plaintiffs' Complaint is barred by all appropriate statutes of limitation.

VII

SEVENTH AFFIRMATIVE DEFENSE

Plaintiffs' Complaint is barred by the doctrine of assumption of the risk.

VIII

EIGHTH AFFIRMATIVE DEFENSE

Plaintiffs' Complaint is barred due to Plaintiffs failure to comply with the Safe Harbor Provisions of the DMCA.

IX

NINTH AFFIRMATIVE DEFENSE

Plaintiffs' complaint is barred by the doctrine of waiver.

X

TENTH AFFIRMATIVE DEFENSE

Plaintiffs' complaint is barred by the doctrines of res judicata and collateral estoppel.

WHEREFORE, Defendants prays for judgment as follows:

1.      That Plaintiff takes nothing by their complaint.

2.      That Defendants be awarded costs of suit.

4.      For such other relief as the Court deems proper.

DATED:        August 3, 2011                THE DURST FIRM

                                            /s/ Lee H. Durst
                                    BY _____
                                            Lee H. Durst

ANSWER TO COMPLAINT – Page 14                **CV 11-00584 DDP (PJW)**

# CERTIFICATE OF SERVICE

State of California, County of Orange:

I am employed in the county and state aforesaid.  I am over the age of 18 and not a party to the within

action; my business address is: 1 City Boulevard West, Suite 850 Orange, California 92868

## *On August 3, 2011, I served the foregoing document described as:*

### Answer

on the parties listed below in this action by placing a true copy thereof or the originals via electronic mail

through the ECF system of the United States District Court to the following

COUNSEL FOR PLAINTIFFS:

Zia F. Modabber, Esq.                    Howard Weitzman, Esq.
KATTEN MUCHIN ROSENMAN                   Kinsella Weitzman Iser Kump & Aldisert
2029 Century Park East, Suite 2600       808 Wilshire Blvd., Suite 300
Los Angeles, CA 90067                    Santa Monica, CA 90401

[X]          **BY ELECTRONIC MAIL.**  I caused the above document to be electronically mailed through the ECF system of the United States District Court.  Executed on August 3, 2011, at Los Angeles, California.

[X]          **FEDERAL.**  I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

I declare under penalty of perjury under the laws of United States and the State of California that the above is true and correct.

/s/ Larry Rothman

_____

Larry Rothman