1
2
3
4
5
6
7
8
9

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN BRANCA AND JOHN McCLAIN, Executors of the Estate of Michael J. Jackson; MICHAEL JACKSON COMPANY, LLC, a California Limited Liability Company; MJJ PRODUCTIONS, INC., a California corporation; OPTIMUM PRODUCTIONS, a California corporation,<br><br>            Plaintiffs,<br><br>     v.<br><br>HOWARD MANN, an individual; SONIA LOWE, an individual; DC NETCAST MEDIA GROUP, INC., an unknown corporation; VINTAGE POP MEDIA GROUP, LLC, a California limited liability company; VINTAGE POP INC., an unknown corporation; VINTAGE POP MEDIA, LLC, an unknown limited liability company,<br><br>            Defendants.<br>_____ | Case No.<br><br>CV 11-00584 DDP (PJWx)<br><br>**SCHEDULING ORDER** |

     Pursuant to the Federal Rules of Civil Procedure 16(b), the Court issues the following Order:

     Counsel must agree on the date for the disclosure of expert witness reports pursuant to the Federal Rules of Civil Procedure 26(a)2.  The agreed-upon disclosure date must precede the discovery cut-off date such that all discovery, including expert depositions, must be completed prior to the discovery cut-off date.  All discovery motions must be heard prior to the discovery cut-off date.  Counsel are ordered to abide by the dates as set forth in the Rule 26 (f) Report.

     FACT DISCOVERY CUT-OFF 03-09-12

     EXPERT DISCOVERY CUT-OFF 05-14-12

     LAST DAY TO FILE MOTIONS 06-15-12

     FINAL PRE TRIAL CONFERENCE 08-27-12 at 11:00 a.m.

     7 DAY JURY TRIAL 09-04-12 at 9:00 a.m.

Dated: August 9, 2011

                                        DEAN D. PREGERSON
                                        United States District Judge