**KATTEN MUCHIN ROSENMAN LLP**
Zia F. Modabber (SBN 137388)
 zia.modabber@kattenlaw.com
Tami Kameda Sims (SBN 245628)
 tami.sims@kattenlaw.com
Sara Karubian (SBN 266219)
 sara.karubian@kattenlaw.com
2029 Century Park East, Suite 2600
Los Angeles, CA 90067-3012
Telephone:  310.788.4400
Facsimile:  310.788.4471

**KINSELLA WEITZMAN ISER KUMP
& ALDISERT LLP**
HOWARD WEITZMAN (SBN 38723)
 hweitzman@kwikalaw.com
JEREMIAH T. REYNOLDS (SBN 223554)
 jreynolds@kwikalaw.com
808 Wilshire Boulevard, 3rd Floor
Santa Monica, California  90401
Telephone: 310.566.9800
Facsimile:  310.566.9850

Attorneys for John Branca and John McClain,
Executors of the Estate of Michael J. Jackson,
Michael Jackson Company, LLC, MJJ
Productions, Inc. and Optimum Productions

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

## CENTRAL DIVISION

| | |
|---|---|
| JOHN BRANCA AND JOHN MCCLAIN, Executors of the Estate of Michael J. Jackson, et al.,<br><br>        Plaintiffs,<br><br>    vs.<br><br>HOWARD MANN, an individual, et al.<br><br>        Defendants. | CASE NO. CV-11-584 DDP (PJWx)<br><br>**JOINT STIPULATION TO AMEND COMPLAINT TO SUBSTITUTE VINTAGE ASSOCIATES LLC FOR DOE DEFENDANT 1**<br><br>**[[Proposed] Order filed concurrently herewith]** |

JOINT STIPULATION

This stipulation is entered into by and between plaintiffs John Branca and John McClain, Executors of the Estate of Michael J. Jackson, Michael Jackson Company, LLC, MJJ Productions, Inc., and Optimum Productions (collectively, "Plaintiffs") and defendants Howard Mann, DC NetCast Media Group Inc., Vintage Pop Media Group, LLC, and Vintage Pop Inc. (collectively, "Defendants") by and through their respective counsel of record, with regard to the following facts:

A.     On January 20, 2011 Plaintiffs filed their complaint in this action ("Complaint") against Defendants, Sonia Lowe, Vintage Pop Media, LLC, and Does 1 through 10.  At the time Plaintiffs filed their Complaint, they were unaware of the true names and capacities of the defendants named as Does 1 through 10 and, therefore, sued said defendants by such fictitious names.

B.     Among other things, Plaintiffs' claims concern the parties' respective rights with regard to certain memorabilia items, including sound recordings (the "Inventory").  Defendants asserted that Defendant Howard Mann and his entities owned the rights to exploit the Inventory and owned the underlying items.  Specifically, in Defendants' Motion to Dismiss, Defendants asserted that Vintage Pop Media Group, LLC owned the Inventory.  (Docket Entry 11, Motion to Dismiss, 12:26-13:4.)

C.     Defendants filed an Answer to the Complaint on April 27, 2011.

D.     During recent discovery, Plaintiffs learned that third-party Vintage Associates LLC claims to be the actual owner of the Inventory and that Defendant Howard Mann and his entities appear to have been exploiting the Inventory under a written license from Vintage Associates LLC.  Accordingly, a judicial declaration of the rights relating to the Inventory necessarily involves Vintage Associates LLC and its rights, if any, vis-a-vis Plaintiffs' rights.

E.     As a result, the parties began negotiations and have now agreed to substitute Vintage Associates LLC in stead and in place of Defendant Doe 1, without making any other changes to the Complaint.

F       The principal of Vintage Associates LLC is Henry Vaccaro, Sr.  Mr. Vaccaro has responded to discovery in this action including signing a verification as President of Defendant Vintage Pop, Inc.  Additionally, Plaintiffs have taken the deposition of Henry Vaccaro, Sr. both as a third-party individual as well as the person most knowledgeable of third-party Vintage Associates LLC.  Defendants' counsel was also present at the depositions.  Accordingly, Vintage Associates LLC has been, and is, well aware of this action.

G       Once the Court enters an order on this stipulation,  Plaintiffs will promptly serve Vintage Associates LLC with the Summons and Complaint.

Based on the foregoing, IT IS HEREBY STIPULATED by and between the parties, through their respective counsel herein, that:

1.       Plaintiffs' Complaint is amended to substitute defendant Vintage Associates LLC in place and instead of Doe 1.

2.       Plaintiffs shall promptly serve Vintage Associates LLC with the Summons and Complaint once the Order amending the Complaint is issued.

///
///
///
///
///
///
///
///
///
///
///
///
///

1         3.     The existing Defendants are deemed served with the amended Complaint.

2  No further response to the amended Complaint shall be required by such Defendants.

3

4  Dated: March 29, 2012          KATTEN MUCHIN ROSENMAN LLP

5

6                          By:  /s/ Tami K. Sims

                               Tami K. Sims

7

8                          Attorneys for John Branca and John McClain, Executors of the Estate of Michael J. Jackson,

9                          Michael   Jackson   Company,   LLC,   MJJ

10                         Productions, Inc. and Optimum Productions

11  Dated: March 29, 2012          THE DURST FIRM

12

13                          By:

14                             Lee H. Durst

15                          Attorneys for Howard Mann, Vintage Pop Media Group LLC, Vintage Pop, Inc., and DC

16                         NetCast Media Group, Inc.

17

18

19

20

21

22

23

24

25

26

27

28