**KATTEN MUCHIN ROSENMAN LLP**
Zia F. Modabber (SBN 137388)
 zia.modabber@kattenlaw.com
Tami Kameda Sims (SBN 245628)
 tami.sims@kattenlaw.com
Sara Karubian (SBN 266219)
 sara.karubian@kattenlaw.com
2029 Century Park East, Suite 2600
Los Angeles, CA 90067-3012
Telephone:  310.788.4400
Facsimile:  310.788.4471

**KINSELLA WEITZMAN ISER KUMP & ALDISERT LLP**
HOWARD WEITZMAN (SBN 38723)
 hweitzman@kwikalaw.com
JEREMIAH T. REYNOLDS (SBN 223554)
 jreynolds@kwikalaw.com
808 Wilshire Boulevard, 3rd Floor
Santa Monica, California  90401
Telephone: 310.566.9800
Facsimile:  310.566.9850

Attorneys for John Branca and John McClain,
Executors of the Estate of Michael J. Jackson,
Michael Jackson Company, LLC, MJJ
Productions, Inc. and Optimum Productions

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

## CENTRAL DIVISION

| | |
|---|---|
| JOHN BRANCA AND JOHN MCCLAIN, Executors of the Estate of Michael J. Jackson, et al., <br><br> Plaintiffs, <br><br> vs. <br><br> HOWARD MANN, an individual, et al. <br><br> Defendants. | CASE NO. CV-11-584 DDP (PJWx) <br><br> **[PROPOSED] ORDER GRANTING JOINT STIPULATION TO CONTINUE THE EXPERT DISCOVERY CUT-OFF BY SEVEN DAYS UNTIL MAY 21, 2012** |

The Court, having considered the parties' Joint Stipulation to continue the expert discovery cut-off by seven days until May 21, 2012, and good cause appearing therefor,

IT IS HEREBY ORDERED THAT:

1.      The expert discovery cut-off is continued from May 14, 2012 until May 21, 2012.

2.      The parties will make their initial expert disclosures on May 1, 2012 and rebuttal expert disclosures on May 9, 2012.


Dated: _____        _____
                                    Honorable Dean D. Pregerson
                                    U.S. District Court Judge

---
1