O

1

2

3

4

5

6

7

8                        UNITED STATES DISTRICT COURT

9                       CENTRAL DISTRICT OF CALIFORNIA

10

11  JOHN BRANCA AND JOHN          )   Case No. CV 11-00584 DDP (PJWx)
    McCLAIN, Executors of the     )
12  Estate of Michael J.          )   **ORDER DENYING DEFENDANT'S EX**
    Jackson; MICHAEL JACKSON      )   **PARTE APPLICATION TO AMEND**
13  COMPANY, LLC, a California    )   **SCHEDULING ORDER**
    Limited Liability Company;    )
14  MJJ PRODUCTIONS, INC., a      )   [Docket No. 110]
    California corporation;       )
15  OPTIMUM PRODUCTIONS, a        )
    California corporation,       )
16                                )
                                  )
17              Plaintiff,        )
                                  )
18       v.                       )
                                  )
19  HOWARD MANN, an individual;   )
    SONIA LOWE, an individual;    )
20  DC NETCAST MEDIA GROUP,       )
    INC., an unknown              )
21  corporation; VINTAGE POP      )
    MEDIA GROUP, LLC, a           )
22  California limited liability  )
    company; VINTAGE POP INC.,    )
23  an unknown corporation;       )
    VINTAGE POP MEDIA, LLC, an    )
24  unknown limited liability     )
    company,                      )
25                                )
               Defendants.        )
26  _____   )

27       Presently before the court is Defendant Vintage Associates

28  LLC's Ex Parte Application to Amend Scheduling Order Pursuant to

Rule 16(B)(4) and to Continue the Trial Presently set for this
Matter ("Application").  Having reviewed the parties' submissions,
the court DENIES the Application and adopts the following Order.

Defendant Vintage Associates LLC ("Vintage LLC") asks the
court to reopen discovery and continue the trial date by at least
five months, because Plaintiffs did not add Vintage LLC to this
action until April 2012.  As Plaintiffs explain in their
Opposition, however, Vintage LLC has had more than three months to
request such relief through a regularly noticed motion.  The court
therefore finds that ex parte relief is inappropriate.  Moreover,
Vintage LLC's controlling principal, Henry Vaccaro, Sr., is also
the controlling principal of Defendant Vintage Pop, Inc.  Vaccaro
has therefore been aware of and actively involved in this
litigation from the outset.

For all of these reasons, the court DENIES Defendant's Ex
Parte Application.


IT IS SO ORDERED.



Dated: July 20, 2012
                                        DEAN D. PREGERSON
                                        United States District Judge