# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| | | | |
|---|---|---|---|
| Case No. | CV 11-00584 DDP (PJWx) | Date | July 23, 2012 |

Title   JOHN BRANCA AND JOHN McCLAIN, Executors of the Estate of Michael J. Jackson; MICHAEL JACKSON COMPANY, LLC, a California Limited Liability Company; MJJ PRODUCTIONS, INC., a California corporation; OPTIMUM PRODUCTIONS, a California corporation -V- HOWARD MANN, an individual; SONIA LOWE, an individual; DC NETCAST MEDIA GROUP, INC., an unknown corporation; VINTAGE POP MEDIA GROUP, LLC, a California limited liability company; VINTAGE POP INC., an unknown corporation; VINTAGE POP MEDIA, LLC, an unknown limited liability company

Present: The Honorable   DEAN D. PREGERSON, U.S. DISTRICT JUDGE

| John A. Chambers | Maria Bustillos | N/A |
|---|---|---|
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| Zia F. Modabber | Lee H. Durst |
| Tami Kameda Sims | Janet Conway - telephonic |
| Jeremiah T. Reynolds | Steven R. Bartell |

Proceedings:

> MOTION FOR (A) PARTIAL SUMMARY JUDGMENT AS TO DEFENDANTS' AFFIRMATIVE DEFENSES AND PLAINTIFFS' COMPLAINT AND (B) SUMMARY JUDGMENT ON VINTAGE'S COUNTER-CLAIM FILED BY PLAINTIFFS JOHN BRANCA, MJJ PRODUCTIONS, INC., JOHN MCCLAIN, MICHAEL JACKSON COMPANY, LLC, OPTIMUM PRODUCTIONS
> (DOCKET NUMBER 86)

Court hears oral argument and takes the matter under submission.

| | 0 0 | : | 22 |
|---|---|---|---|
| | Initials of Preparer | | JAC |