Lee H. Durst, Esq., SBN 69704
Email: lee.durst@gmail.com
THE DURST FIRM
220 Newport Center Drive, Ste 11285
Newport Beach, California 92660
Telephone: 949-400-5068

Janet M. Conway (admitted pro hac vice)
Email: pfunkesq@aol.com
29761 Old Lincoln Highway
Wanship, Utah 84017
Telephone: 435-659-4122

Attorneys for Defendants

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA – CENTRAL DIVISION

| | |
|---|---|
| JOHN BRANCA AND JOHN MCCLAIN EXECUTORS OF THE ESTATE OF MICHAEL JACKSON, ET AL.<br><br>Plaintiffs,<br><br>vs.<br><br>HOWARD MANN, ET AL.<br><br>Defendants. | Case No: CV 11-584 DDP<br><br>**Defendants' Statement of Non Opposition to Plaintiffs' Motion in Limine to Exclude Moses Avalon as Defendant Expert Witness** |

Pursuant to Local Rule 7-9(b), Defendants hereby submit this written statement declaring that they will not oppose Plaintiffs' July 30th, 2012, Motion In Limine To Preclude Defendants From Introducing Expert Testimony.

DATED: August 6, 2012           THE DURST FIRM

/s/ Lee H. Durst

BY _____
Lee H. Durst

# CERTIFICATE OF SERVICE

State of California, County of Orange:

I am employed in the county and state aforesaid. I am over the age of 18 and not a party to the within action; my business address is: 220 Newport Center Drive, Ste 11285, Newport Beach, California 92660

On August 6, 2012, I served the foregoing document described as:

DEFENDANTS' NON OPPOSITION TO PLAINTIFFS' MOTION IN LIMINE RE DEFENDANTS' EXPERT

on the parties listed below in this action by placing a true copy thereof or the originals via electronic mail through the ECF system of the United States District Court to the following

COUNSEL FOR PLAINTIFFS:

Zia F. Modabber, Esq.
KATTEN MUCHIN ROSENMAN
2029 Century Park East, Suite 2600
Los Angeles, CA 90067

Howard Weitzman, Esq.
Kinsella Weitzman Iser Kump & Aldisert
808 Wilshire Blvd., Suite 300
Santa Monica, CA 90401

Steve Bartell, Esq.,
Law Offices of Timothy Thompson
& Associates a PLC
6745 S Washington Ave #330
Whittier, California 90601
Steven Bartell <tt@tntcdlaw.com>

[X]     **BY ELECTRONIC MAIL.** I caused the above document to be electronically mailed through the ECF system of the United States District Court. Executed on August 6, 2012, at Los Angeles, California.

[X]     **FEDERAL.** I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

I declare under penalty of perjury under the laws of United States and the State of California that the above is true and correct.

/s/ Lee H. Durst
_____
Lee H. Durst