**KATTEN MUCHIN ROSENMAN LLP**
Zia F. Modabber (SBN 137388)
 zia.modabber@kattenlaw.com
Tami Kameda Sims (SBN 245628)
 tami.sims@kattenlaw.com
Sara Karubian (SBN 266219)
 sara.karubian@kattenlaw.com
2029 Century Park East, Suite 2600
Los Angeles, CA 90067-3012
Telephone:  310.788.4400
Facsimile:  310.788.4471

**KINSELLA WEITZMAN ISER KUMP & ALDISERT LLP**
Howard Weitzman (SBN 38723)
 hweitzman@kwikalaw.com
Jeremiah T. Reynolds (SBN 223554)
 jreynolds@kwikalaw.com
808 Wilshire Boulevard, 3rd Floor
Santa Monica, California  90401
Telephone:  310.566.9800
Facsimile:  310.566.9850

Attorneys for John Branca and John McClain,
Executors of the Estate of Michael J. Jackson,
Michael Jackson Company, LLC, MJJ
Productions, Inc. and Optimum Productions

Katten
Katten Muchin Rosenman LLP
2029 Century Park East, Suite 2600
Los Angeles, CA 90067-3012
310.788.4400 tel   310.788.4471 fax

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

# CENTRAL DIVISION

| | |
|---|---|
| JOHN BRANCA AND JOHN MCCLAIN, Executors of the Estate of Michael J. Jackson, et al., | CASE NO. CV-11-584 DDP (PJWx) |
| Plaintiffs, | [Hon. Dean D. Pregerson] |
| vs. | **JOINT  EXHIBIT LIST** |
| HOWARD MANN, an individual, et al., | **L.R. 16-6.1** |
| Defendants. | |
| Vintage Associates, LLC, | |
| Counter-Plaintiff, | |
| vs. | |
| John Branca, John McClain, Executors of the Estate of Michael Jackson, | |
| Counter-Defendants. | |

**Case Title**: <u>Branca, et al. v. Mann, et al.</u>     **Case No**: <u>CV-11-584 DDP (PJWx)</u>

| No. of Exhibit[1] | Description | Date Identified | Date Admitted |
|---|---|---|---|
| 1 | Deposition Subpoena To Steve Bugbee | | |
| 2 | Non-Exclusive Consulting/Services Agreement (December 4, 2009) – Bates Nos. VPM 0152 – VPM 0154 | | |
| 3 | Letter From Bugbee to Mann, dated November 30, 2009, subject line "Needs Assessment for Michael Jackson Secret Vault (MJSV) and bugbee, llc" - Bates Nos. VPM 1725 – VPM 1729 | | |
| 4 | MetrixApps Program License Subscription Agreement, dated January 1, 2010 - Bates Nos. VPM 1081 – VPM 1093 | | |
| 5 | Letter from Zia Modabber to Kathryn Lee Boyd, dated February 1, 2011, subject line "Notice of Infringement: www.jacksonsecretvault.com" – Bates Nos. P 000030 – P 000034 | | |

---

[1] In light of the Court's Order of August 10, 2012, granting Plaintiffs' motion for partial summary judgment and summary judgment, the parties' joint exhibit list is likely over-inclusive.  However, out of an abundance of caution, the parties submit their original joint exhibit list and may file a revised joint exhibit list.

1

**JOINT WITNESS LIST**

**Katten**
KattenMuchinRosenman LLP
2029 Century Park East, Suite 2600
Los Angeles, CA 90067-3012
310.788.4400 tel   310.788.4471 fax

Katten
Katten Muchin Rosenman LLP

2029 Century Park East, Suite 2600
Los Angeles, CA 90067-3012
310.788.4400 tel   310.788.4471 fax

| | | | |
|---|---|---|---|
| 6 | Correspondence from Stephen Bugbee to Howard Mann, dated January 9, 2009, subject line "MJSV Content Removal Schedule A" – Bates No. VPM 1722 | | |
| 7 | Exhibit B To Complaint – Bates No. P 000047 | | |
| 8 | Exhibit C To Complaint – Bates No. P 000048 | | |
| 9 | Exhibit D To Complaint – Bates No. P 000049 | | |
| 10 | Exhibit E To Complaint – Bates No. P 000050 | | |
| 11 | Exhibit F To Complaint – Bates No. P 000051 | | |
| 12 | Correspondence from Andrew D. Baharlias, Esq. to Lee Durst, dated October 11, 2011, subject line "http://www.jacksonsecretvault.com" – Bates Nos. VPM 1723 – VPM 1724 | | |
| 13 | Sales Figures – Bates Nos. VPM 1058 – VPM 1078 | | |
| 14 | Notice of Deposition to William A. Pigg – Including Bates Nos. VPM 0014 – VPM 0071 | | |
| 15 | Curriculum Vitae of William A. "Bert" Pigg | | |

2
**JOINT WITNESS LIST**

31685082

**Katten**
KattenMuchinRosenmanLLP
2029 Century Park East, Suite 2600
Los Angeles, CA 90067-3012
310.788.4400 tel   310.788.4471 fax

| 16 | Statement of Fact and General Release signed by Joseph Jackson, dated November 19, 2009 | | |
|----|----|----|----|
| 17 | Statement of Fact and General Release signed by Katherine Jackson, dated November 22, 2009 | | |
| 18 | List of Documents | | |
| 19 | Pigg Deposition Subpoena Privilege Log re Request No. 9 | | |
| 20 | Declaration of Byron Z. Moldo, Chapter 7 Trustee (Re Trustee's Sale of Right Title and Interest to Stored Personal Property). | | |
| 21 | Bill of Sale, Bryan Z. Moldo to El-Rich, dated January 10, 2002 | | |
| 22 | Bill of Sale –El-Rich Corp to Vintage Pop, Inc., dated July 29, 2002 | | |
| 23 | Bill of Sale –Vintage Pop Inc. to Vintage Associates, dated November 27, 2006 | | |
| 24 | N/A | | |
| 25 | Letter from William A. Pigg "To Whom it May Concern", regarding chain of title, dated August 12, 2006 – Bates Nos. VPM 0096 – VPM 0097 | | |
| 26 | Agreement between Vintage Pop LLC and Richard A. Altomare, dated November 21, 2006 | | |

3
**JOINT WITNESS LIST**

| 27 | Purported Timeline | | |
|---|---|---|---|
| 28 | Declaration of Henry V. Vaccaro, dated May 8, 2004 | | |
| 29 | Declaration of Frank Coonis, dated January 5, 2005 | | |
| 30 | Order Approving Sale of Estates' Right, Title and Interest in Stored Personal Property, Filed January 18, 2002 | | |
| 31 | Transcript of Proceedings - Trustee's Motion for Order Approving the Sale of the Estates' Right, Title and Interest in Stored Personal Property, dated January 10, 2002 | | |
| 32 | N/A | | |
| 33 | N/A | | |
| 34 | N/A | | |
| 35 | N/A | | |
| 36 | N/A | | |
| 37 | N/A | | |
| 38 | N/A | | |
| 39 | N/A | | |
| 40 | N/A | | |
| 41 | N/A | | |
| 42 | N/A | | |
| 43 | N/A | | |
| 44 | N/A | | |
| 45 | N/A | | |

4

**JOINT WITNESS LIST**

Katten
KattenMuchinRosenmanLLP
2029 Century Park East, Suite 2600
Los Angeles, CA 90067-3012
310.788.4400 tel 310.788.4471 fax

Katten
KattenMuchinRosenmanLLP
2029 Century Park East, Suite 2600
Los Angeles, CA 90067-3012
310.788.4400 tel   310.788.4471 fax

| | | | |
|---|---|---|---|
| 46 | N/A | | |
| 47 | N/A | | |
| 48 | N/A | | |
| 49 | N/A | | |
| 50 | Notice of Deposition Subpoena to Michael Blakey | | |
| 51 | Meeting Minutes and Agendas – Bates Nos. VPM 0438 – VPM 0447 | | |
| 52 | Vintage Pop Media Group: Music Division Summary – Bates Nos. VPM 0448 – VPM 0450 | | |
| 53 | Vintage Pop Media LLC: Executive Summary – Bates Nos. VPM 0409 – VPM 0427 | | |
| 54 | Vintage Pop Media Music, LLC: Private Placement Memorandum, dated November 1, 2009 – Bates Nos. VPM 0307 – VPM 0357 | | |
| 55 | Vintage Pop Media Group, MJ Lives and Vintage Pop Media Group, LLC: Private Placement Memorandum, dated December 15, 2009 - Bates Nos. VPM 0245 – VPM 0306 | | |
| 56 | Letter from Zia Modabber to Michael Blakey of Vintage Pop Media, subject line "Michael Jackson Memorabilia," dated February 17, 2010 | | |

31685082

| 57 | Structured Management Agreement between Howard W. Mann, Henry V. Vaccaro and Vintage Associates LLC, dated October 16, 2009 – Bates Nos. VPM 0001 – VPM 0143 | | |
|---|---|---|---|
| 58 | Notice of Sale of Estate Property, Sale, Filed December 1, 2010 – Bates Nos. VPM 0002586 – VPM 0002590 | | |
| 59 | Order Approving Sale of Estates' Right, Title and Interest in Stored Personal Property, filed January 18, 2002 – Bates Nos. VPM 1762 – VPM 1766 | | |
| 60 | N/A | | |
| 61 | N/A | | |
| 62 | N/A | | |
| 63 | Purchase Agreement between Howard W. Mann, DC Netcast, Henry V. Vaccaro and Vintage Associates LLC, dated December 19, 2009 | | |
| 64 | Production and Distribution Agreement between 121 Ventures Inc. and Henry V. Vaccaro, dated September 29, 2009 – Bates Nos. MANN 000001 – MANN 000005 | | |
| 65 | Letter from Edgar B. Pease III, Esq. to Henry Vaccaro, dated September 2, 2008 – Bates Nos. VPM 1905 – VPM 1906 | | |

**JOINT WITNESS LIST**

31685082

| 66 | Letter from Zia Modabber to Michael D. Wolper, subject line "Michael Jackson Memorabilia", dated January 22, 2010 | | |
|----|----|---|---|
| 67 | N/A | | |
| 68 | Complaint, filed January 20, 2011 | | |
| 69 | Email from Lee Durst to Janet Conway, cc to Howard Mann, subject line "Bugbee", dated March 5, 2012 | | |
| 70 | Statement of Fact and General Release, purportedly signed by Joseph Jackson, dated November 19, 2009 – Bates No. MANN 000075 | | |
| 71 | Statement of Fact and General Release, purportedly signed by Joseph Jackson, dated November 22, 2009 | | |
| 72 | Statement of Fact and General Release, purportedly signed by Katherine Jackson, dated November 22, 2009 – Bates No. MANN 000076 | | |
| 73 | N/A | | |
| 74 | Letter from Katherine Lee Boyd, subject line "John Branca, et al. v. Howard Mann, et al. USDC Case No. CV-11-00584-DDP (PJWx)", dated January 31, 2011 | | |

**JOINT WITNESS LIST**

31685082

| | | | |
|---|---|---|---|
| 75 | Screenshots of www.jacksonsecretvault.com - Michael Jackson Secret Vault | | |
| 76 | Email from Stephen Bugbee to Howard Mann, subject line "MJSV Content Removal Schedule A", dated January 9, 2009 – Bates No. VPM 1722 | | |
| 77 | Email from Melissa Urena, subject line "Legal Notification", dated July 26, 2010, attaching letter from Kenneth A. Feinswog to JSV Publishing, subject line "Bravado International Group Merchandising Services, Inc., the exclusive licensee for many musical performers including Michael Jackson", dated July 22, 2010 | | |

8

**JOINT WITNESS LIST**

31685082

Katten

KattenMuchinRosenmanLLP

2029 Century Park East, Suite 2600
Los Angeles, CA 90067-3012
310.788.4400 tel   310.788.4471 fax

| | | | | |
|---|---|---|---|---|
| 78 | Letter from Lee H. Durst to Erin Sermeus c/o The Oprah Winfrey Show, subject line "Howard Mann and the Vintage Pop Media Group property", dated September 27, 2010 – Bates No. VPM 1745 <br><br> Letter from Lee H. Durst to Erin Sermeus c/o The Oprah Winfrey Show, subject line "Howard Mann and the Vintage Pop Media Group property", dated September 30, 2010 – Bates No. VPM 1744 <br><br> Letter from Lee H. Durst to James Tykoliz, subject line "Howard Mann and the Vintage Pop Media Group property", dated October 13, 2010 – Bates No. VPM 1743 | | | |
| 79 | Worldwide Moving & Storage - Household Goods Descriptive Inventory (pages 2-18) | | | |

31685082

| 80 | Warehouse Receipt from Worldwide Moving & Storage, dated January 24.<br><br>Mayflower Transit - Household Goods Descriptive Inventory (Pages 2-24), dated January 30, 1999 | | |
|----|----|----|----|
| 81 | Letter from Edgar B. Pease III to Brian Oxman, dated February 20, 1999 – Bates Nos. VPM 1899 – VPM 1901 | | |
| 82 | N/A | | |
| 83 | "Vaccaro Lavely & Singer Saga" and attachments thereto | | |
| 84 | Agreement between Henry Vaccaro, Sr., Henry Vaccaro, Jr., Vintage Pop, Inc., Vintage Associates, Keith Lowy, Toni Bahary, Mark Bahary and Howard Mann, dated January 1, 2012 | | |
| 85 | Vintage Pop, Inc.'s Responses and Objections to Plaintiff's 1st Set of Interrogatories (propounding party: John Branca et al.), served: October 28, 2011 | | |
| 86 | Deposition Subpoena to Keith Lowry (exhibit includes documents with Bates Nos. VPM 0014 – VPM 0071) | | |
| 87 | First Amendment to Operating Agreement of Vintage Associates, LLC – Bates Nos. VPM 0452 – VPM 0455 | | |

**JOINT WITNESS LIST**

31685082

Katten
KattenMuchinRosenman llp

2029 Century Park East, Suite 2600
Los Angeles, CA 90067-3012
310.788.4400 tel   310.788.4471 fax

| 88 | Requisition for Wire Transfer – Bates Nos. DC NETCAST 0001 – DC NETCAST 00019 | | |
|---|---|---|---|
| 89 | Email Correspondence  with subject line "[SPAM] Wire Today" – Bates Nos. DC NETCAST 00020 – DC NETCAST 00021 | | |
| 90 | N/A | | |
| 91 | N/A | | |
| 92 | N/A | | |
| 93 | N/A | | |
| 94 | N/A | | |
| 95 | N/A | | |
| 96 | N/A | | |
| 97 | N/A | | |
| 98 | N/A | | |
| 99 | N/A | | |
| 100 | Complaint filed in the matter Michael J. Jackson v. Henry V. Vaccaro, et al. (the "2004 Lawsuit"), Bates Nos. MANN 000077- 000116 | | |
| 101 | Order Granting Preliminary Injunction filed in the 2004 Lawsuit - Bates Nos. VPM 0002871-74 | | |

Katten
KattenMuchinRosenmanLLP
2029 Century Park East, Suite 2600
Los Angeles, CA 90067-3012
310.788.4400 tel   310.788.4471 fax

**JOINT WITNESS LIST**
31685082

| 102 | Order Granting Motion to Dismiss filed in the 2004 Lawsuit, Bates No. MANN 00007 | | |
|---|---|---|---|
| 103 | Answer to Complaint of defendants Howard Mann, Vintage Pop Media Group, LLC, Vintage Pop, Inc. and DC NetCast Media Group, Inc. filed and served in this action on April 27, 2011 as docket entry 36 | | |
| 104 | Answer to Complaint of defendant Sonia Lowe filed and served in this action on August 3, 2011 as docket entry 64 | | |
| 105 | Answer to Complaint and Counterclaim of defendant Vintage Associates, LLC filed and served in this action on May 9, 2012 as docket entry 80 | | |
| 106 | Certificate of Registration of the copyright of the work entitled "THRILLER (25TH ANNIVERSARY EDITION) (CIRCUIT CITY EXCLUSIVE) / by MICHAEL JACKSON (88697-17986-2)" - Bates Nos. P000004-000005 | | |

**Katten**
KattenMuchinRosenmanLLP
2029 Century Park East, Suite 2600
Los Angeles, CA 90067-3012
310.788.4400 tel   310.788.4471 fax

12
**JOINT WITNESS LIST**

31685082

| | | | |
|---|---|---|---|
| 107 | Certificates of Registration of the copyrights of the works entitled "MICHAEL JACKSON'S THIS IS IT: Domestic Trailer #1", "MICHAEL JACKSON'S THIS IS IT: Teaser Poster #1," and "MICHAEL JACKSON'S THIS IS IT" - Bates Nos. P000003, P000006-P000008 | | |
| 108 | Copyright registration for the work entitled "DESTINY" – Bates Nos. P 00010-00011 | | |
| 109 | Assignment Agreement produced by Plaintiffs regarding "DESTINY" – Bates Nos. P000017-000018 | | |
| 110 | Registration of Claim as Successor-In-Interest (Civil Code Section 3344.1) – Bates No. P000082 | | |
| 111 | Howard Mann's Responses And Objections To Plaintiffs' First Set of Interrogatories served on October 17, 2011 and verification thereof | | |
| 112 | Howard Mann's Responses And Objections To Plaintiffs' Second Set of Requests for Production of Documents served on March 6, 2012 | | |

31685082

Katten
Katten Muchin Rosenman LLP
2029 Century Park East, Suite 2600
Los Angeles, CA 90067-3012
310.788.4400 tel   310.788.4471 fax

| 113 | Howard Mann's Supplemented Responses and Objections to Requests for Admission, Set One, served January 26, 2012 | | |
| 114 | Vintage Pop, Inc.'s Responses and Objections to Requests for Admission, Set One, served October 28, 2011 | | |
| 115 | Sonia Lowe's Responses and Objections to Requests for Admission, Set One, served October 28, 2011 | | |
| 116 | DC NetCast Media Group, LLC's Responses and Objections to Requests for Admission, Set One, served October 28, 2011 | | |
| 117 | Vintage Pop Media Group LLC's Responses and Objections to Requests for Admission, Set One, served October 28, 2011 | | |
| 118 | Subpoena served on Sean Montgomery, agent for service of process for third-party BB Games, Inc. d/b/a MetrixApps ("MetrixApps"). | | |
| 119 | Email correspondence between MetrixApps and Stephen Bugbee dated January 28, 2011, produced by MetrixApps in response to the subpoena | | |

Katten
KattenMuchinRosenman LLP
2029 Century Park East, Suite 2600
Los Angeles, CA 90067-3012
310.788.4400 tel   310.788.4471 fax

| | | | |
|---|---|---|---|
| 120 | Email correspondence between MetrixApps, Stephen Bugbee and Sonia Lowe dated July 8, 2012 and July 9, 2012 and an attachment thereto, produced by MetrixApps in response to the subpoena | | |
| 121 | Email correspondence between Howard Mann and Stephen Bugbee, and between Stephen Bugbee and MetrixApps, on November 5, 2012 produced by MetrixApps in response to the subpoena | | |
| 122 | Email correspondence from counsel for MetrixApps attaching documents produced by MetrixApps in response to category number 25 of documents requested in the subpoena | | |
| 123 | The Voluntary Petitions under Chapter 7 of: (a) Joseph Jackson and Katherine Jackson, filed on March 1, 1999; (b) Jermaine Jackson filed on February 8, 1999; and (c) Tariano Jackson filed on February 26, 1999 | | |
| 124 | The Bankruptcy Schedules of Joseph Jackson and Katherine Jackson, filed on February 26, 1999 | | |

31685082

| | | | |
|---|---|---|---|
| 125 | The Bankruptcy Schedules of Jermaine Jackson filed on February 8, 1999 and April 26, 1999 | | |
| 126 | The Bankruptcy Schedules of Tariano Jackson filed on February 26, 1999 and December 19, 2001 | | |
| 127 | The Notice of Motion and Motion of Trustee for Order Approving the Sale of the Estates' Right, Title and Interest in Stored Personal Property; Memorandum of Points and Authorities; Declaration of Byron Z. Moldo, filed on December 10, 2001 | | |
| 128 | The Opposition to Motion of Trustee for Order Approving the Sale of the Estate's Right, Title, and Interest in Stored Personal Property, filed by counsel for Michael Jackson on December 20, 2001 | | |
| 129 | The Trustee's Reply to Opposition to Trustee's Motion for Order Approving Sale of Estate's Right, Title and Interest in Stored Property, filed on January 3, 2002 | | |

**JOINT WITNESS LIST**

31685082

| 130 | | The Order Approving Sale of Estate's Right, Title and Interest in Stored Personal Property, entered by the court on January 18, 2002 | | |
|---|---|---|---|---|
| 131 | | Compilation of news articles and publicly available webpages referring to generally known facts about Michael Jackson, *This Is It* and the 25th anniversary CD and DVD of *Thriller* | | |
| 132 | | Expert Report of Fernando Torres, MSC, dated May 1, 2012, and exhibits and appendixes attached thereto | | |
| 133 | | Expert Report of Mike Kunkel and exhibit thereto | | |
| 134 | *[2] | Video of interview of Howard Mann on or about December 11, 2010 available on TMZ with the article posted December 11, 2010 entitled "Katherine Jackson's Biz Partner Howard Mann:  Estate Doesn't Care About Michael Jackson's Kids" | | |
| 135 | * | Los Angeles Times article dated December 12, 2010, entitled "Michael Jackson estate is warily watching rival releases" | | |

[2] Pursuant to C.D. Local Rule 16-6.1, a single asterisk denotes exhibits that will be offered by Plaintiffs only if the need arises.  A double asterisk denotes exhibits that will be offered by Defendants only if the need arises.

17

**JOINT WITNESS LIST**

| 136 | * | Article dated January 20, 2011 posted on www.TMZ.com ("TMZ") entitled "Mama Jackson's Partner: MJ Estate is a Dictatorship!" | | |
|---|---|---|---|---|
| 137 | * | Video of interview of Howard Mann on or about January 22, 2011, available on x17video.com with the article entitled "Katherine Jackson's Biz Partner Howard Mann Discusses Lawsuit With MJ Estate" | | |
| 138 | * | Email correspondence from Howard Mann dated March 24, 2011, with the subject line "Your resignations!" | | |
| 139 | | Order For Probate, filed July 13, 2009 in the matter *In re the Estate of Michael Joseph Jackson*, case number BP 117321 in the Los Angeles Superior Court | | |
| 140 | | Letters of Special Administration, filed July 14, 2009 in the matter *In re the Estate of Michael Joseph Jackson*, case number BP 117321 in the Los Angeles Superior Court | | |

31685082

| | | | |
|---|---|---|---|
| 141 | Minute Order Admitting Will to Probate and Continuing Hearing, filed August 3, 2009 in the matter *In re the Estate of Michael Joseph Jackson*, case number BP 117321 in the Los Angeles Superior Court | | |
| 142 | Order For Probate Appointing Special Administrator, filed August 5, 2009 in the matter *In re the Estate of Michael Joseph Jackson*, case number BP 117321 in the Los Angeles Superior Court | | |
| 143 | Letters Testamentary, filed November 12, 2009 in the matter *In re the Estate of Michael Joseph Jackson*, case number BP 117321 in the Los Angeles Superior Court | | |
| 144 | Order For Probate Appointing Executor, filed November 10, 2009 in the matter *In re the Estate of Michael Joseph Jackson*, case number BP 117321 in the Los Angeles Superior Court | | |
| 145 | CD of The Music That Inspired The Movie Michael Jackson's *This Is It* | | |
| 146 | DVD and CD for Michael Jackson 25th Anniversary of *Thriller* | | |

19
**JOINT WITNESS LIST**

Katten
KattenMuchinRosenman LLP
2029 Century Park East, Suite 2600
Los Angeles, CA 90067-3012
310.788.4400 tel   310.788.4471 fax

Katten
KattenMuchinRosenmanLLP

2029 Century Park East, Suite 2600
Los Angeles, CA 90067-3012
310.788.4400 tel  310.788.4471 fax

| | | | |
|---|---|---|---|
| 147 | DVD containing an electronic copy of Defendants' website located at www.jacksonsecretvault.com and www.michaeljacksonsecretvault.com as it existed on November 14, 2010 | | |
| 148 | Email forward from Howard Mann to Stephen Bugbee, dated December 8, 2010, along with attachment with subject line "Fwd:  Estate of Michael Jackson – Vintage Pop Media – Modabber letter to Howard Mann – 12.8.10," produced by Stephen Bugbee | | |
| 149    * | Email chain between Stephen Bugbee and Michael Walters, dated December 10, 2010, with subject line "Fwd: FW: TMZ EXCLUSIVE:  MJ Estate Challenges Michael's Mom," produced by Stephen Bugbee | | |
| 150 | N/A | | |
| 151 | N/A | | |
| 152 | N/A | | |
| 153 | N/A | | |
| 154 | N/A | | |
| 155 | N/A | | |
| 156 | N/A | | |
| 157 | N/A | | |
| 158 | N/A | | |

| 159 | N/A | | |
| --- | --- | --- | --- |
| 160 | N/A | | |
| 161 | N/A | | |
| 162 | N/A | | |
| 163 | N/A | | |
| 164 | N/A | | |
| 165 | N/A | | |
| 166 | N/A | | |
| 167 | N/A | | |
| 168 | N/A | | |
| 169 | N/A | | |
| 170 | N/A | | |
| 171 | N/A | | |
| 172 | N/A | | |
| 173 | N/A | | |
| 174 | N/A | | |
| 175 | N/A | | |
| 176 | N/A | | |
| 177 | N/A | | |
| 178 | N/A | | |
| 179 | N/A | | |
| 180 | N/A | | |
| 181 | N/A | | |
| 182 | N/A | | |
| 183 | N/A | | |
| 184 | N/A | | |
| 185 | N/A | | |

21
**JOINT WITNESS LIST**

| | | | |
|---|---|---|---|
| 186 | N/A | | |
| 187 | N/A | | |
| 188 | N/A | | |
| 189 | N/A | | |
| 190 | N/A | | |
| 191 | N/A | | |
| 192 | N/A | | |
| 193 | N/A | | |
| 194 | N/A | | |
| 195 | N/A | | |
| 196 | N/A | | |
| 197 | N/A | | |
| 198 | N/A | | |
| 199 | N/A | | |
| 200 | Book "Never Can Say Goodbye," | | |
| 201 | Photos from Never Can Say Goodbye, | | |
| 202 | Photos from Never Can Say Goodbye, | | |
| 203 | Photos from Never Can Say Goodbye, | | |
| 204 | Photos from Never Can Say Goodbye, | | |
| 205 | Photos from Never Can Say Goodbye, | | |
| 206 | Photos from Never Can Say Goodbye, | | |
| 207 | Photos from Never Can Say Goodbye, | | |
| 208 | Photos from Never Can Say Goodbye, | | |
| 209 | Photos from Never Can Say Goodbye, | | |
| 210 | Inventory of Vintage Pop  music | | |
| 211 | Inventory of  Vintage Pop  music | | |
| 212 | Inventory of memorabilia | | |

Katten
KattenMuchinRosenman LLP

2029 Century Park East, Suite 2600
Los Angeles, CA 90067-3012
310.788.4400 tel   310.788.4471 fax

**JOINT WITNESS LIST**

31685082

Katten

KattenMuchinRosenmanLLP

2029 Century Park East, Suite 2600
Los Angeles, CA 90067-3012
310.788.4400 tel   310.788.4471 fax

| | | | |
|---|---|---|---|
| 213 | May 27, 1984 Agreement between Statium Management and Jackson Entertainment Corporation | | |
| 214 | Letter Michael Jackson to Branca February 2003 | | |
| 215 | Will | | |
| 216 | Trust | | |
| 217 | Purchase Agreement between Howard W. Mann, DC Netcast, Henry V. Vaccaro and Vintage Associates LLC, dated December 19, 2009 | | |
| 218 | Production and Distribution Agreement between 121 Ventures Inc. and Henry V. Vaccaro, dated September 29, 2009 | | |
| 219 | Letter from Edgar B. Pease III, Esq. to Henry Vaccaro, dated September 2, 2008 | | |
| 220 | Letter from Zia Modabber to Michael D. Wolper, subject line "Michael Jackson Memorabilia", dated January 22, 2010 | | |
| 221 | N/A [*DUPLICATE OF #56*] | | |
| 222 | Complaint, filed January 20, 2011 | | |
| 223 | Email from Lee Durst to Janet Conway, cc to Howard Mann, subject line "Bugbee", dated March 5, 2012 | | |
| 224 | Statement of Fact and General Release, purportedly signed by Joseph Jackson, dated November 19, 2009 | | |

23
**JOINT WITNESS LIST**

| 225 | Statement of Fact and General Release, purportedly signed by Joseph Jackson, dated November 22, 2009 | | |
| 226 | Statement of Fact and General Release, purportedly signed by Katherine Jackson, dated November 22, 2009 | | |
| 227 | N/A [*DUPLICATE OF #5*] | | |
| 228 | Letter from Katherine Lee Boyd, subject line "John Branca, et al. v. Howard Mann, et al. USDC Case No. CV-11-00584-DDP (PJWx)", dated January 31, 2011 | | |
| 229 | Screenshots of www.jacksonsecretvault.com - Michael Jackson Secret Vault | | |
| 230 | Email from Stephen Bugbee to Howard Mann, subject line "MJSV Content Removal Schedule A", dated January 9, 2009 | | |
| 231 | Email from Melissa Urena, subject line "Legal Notification", dated July 26, 2010, attaching letter from Kenneth A. | | |

Katten

KattenMuchinRosenman LLP

2029 Century Park East, Suite 2600
Los Angeles, CA 90067-3012
310.788.4400 tel  310.788.4471 fax

|  |  |  |  |  |
|---|---|---|---|---|
|  | Feinswog to JSV Publishing, subject line "Bravado International Group Merchandising Services, Inc., the exclusive licensee for many musical performers including Michael Jackson", dated July 22, 2010 |  |  |
| 232 | Worldwide Moving & Storage - Household Goods Descriptive Inventory (pages 2-18) |  |  |
| 233 | Warehouse Receipt from Worldwide Moving & Storage, dated January 24.

Mayflower Transit - Household Goods Descriptive Inventory (Pages 2-24), dated January 30, 1999 |  |  |
| 234 | Letter from Edgar B. Pease III to Brian Oxman, dated February 20, 1999 |  |  |
| 235 | "Vaccaro Lavely & Singer Saga" and attachments thereto |  |  |
| 236 | Agreement between Henry Vaccaro, Sr., Henry Vaccaro, Jr., Vintage Pop, Inc., Vintage Associates, Keith Lowy, Toni Bahary, Mark Bahary and Howard Mann, dated January 1, 2012 |  |  |

31685082

| 237 | Letter from Zia Modabber to Kathryn Lee Boyd, dated February 1, 2011, subject line "Notice of Infringement: www.jacksonsecretvault.com" | | |
| 238 | Correspondence from Stephen Bugbee to Howard Mann, dated January 9, 2009, subject line "MJSV Content Removal Schedule A" | | |
| 239 | Correspondence from Andrew D. Baharlias, Esq. to Lee Durst, dated October 11, 2011, subject line "http://www.jacksonsecretvault.com" | | |
| 240 | Sales Figures, Bates Nos. VPM 1058-1078 | | |
| 241 | Notice of Deposition to William A. Pigg | | |
| 242 | Curriculum Vitae of William A. "Bert" Pigg | | |
| 243 | Statement of Fact and General Release signed by Joseph Jackson, dated November 19, 2009 | | |
| 244 | Statement of Fact and General Release signed by Katherine Jackson, dated November 22, 2009 | | |

31685082

| | | | |
|---|---|---|---|
| 245 | Pigg Deposition Subpoena Privilege Log re Request No. 9 | | |
| 246 | Bill of Sale, Bryan Z. Moldo to El-Rich, dated January 10, 2002 | | |
| 247 | Bill of Sale –El-Rich Corp to Vintage Pop, Inc., dated July 29, 2002 | | |
| 248 | Bill of Sale –Vintage Pop Inc. to Vintage Associates, dated November 27, 2006 | | |
| 249 | Letter from William A. Pigg "To Whom it May Concern", regarding chain of title, dated August 12, 2006, Bates Numbered VPM 0096-97 | | |
| 250 | Agreement between Vintage Pop Inc. and Richard A. Altomare, dated November 21, 2006 | | |
| 251 | Purported Timeline | | |
| 252 | Declaration of Henry V. Vaccaro, dated May 8, 2004 | | |
| 253 | Declaration of Frank Coonis, dated January 5, 2005 | | |
| 254 | Order Approving Sale of Estates' Right, Title and Interest in Stored Personal Property, Filed January 18, 2002 | | |
| 255 | Transcript of Proceedings - Trustee's Motion for Order Approving the Sale of the Estates' Right, Title and Interest in Stored Personal Property, dated January | | |

31685082

Katten
KattenMuchinRosenman LLP

2029 Century Park East, Suite 2600
Los Angeles, CA 90067-3012
310.788.4400 tel   310.788.4471 fax

Katten
KattenMuchinRosenmanLLP
2029 Century Park East, Suite 2600
Los Angeles, CA 90067-3012
310.788.4400 tel   310.788.4471 fax

| | | | |
|---|---|---|---|
| | 10, 2002 | | |
| 256 | Meeting Minutes and Agendas, Bates Numbered VPM 0438-0447 | | |
| 257 | Vintage Pop Media Group: Music Division Summary | | |
| 258 | Vintage Pop Media LLC: Executive Summary | | |
| 259 | Vintage Pop Media Music, LLC: Private Placement Memorandum, dated November 1, 2009 | | |
| 260 | Vintage Pop Media Group, MJ Lives and Vintage Pop Media Group, LLC: Private Placement Memorandum, dated December 15, 2009 | | |
| 261 | Letter from Zia Modabber to Michael Blakey of Vintage Pop Media, subject line "Michael Jackson Memorabilia," dated February 17,2010 | | |
| 262 | Structured Management Agreement between Howard W. Mann, Henry V. Vaccaro and Vintage Associates LLC, dated October 16, 2009 | | |
| 263 | Notice of Sale of Estate Property, Sale, Filed December 1, 2010 | | |

31685082

| | | | |
|---|---|---|---|
| 264 | Order Approving Sale of Estates' Right, Title and Interest in Stored Personal Property, filed January 18, 2002 | | |
| 265 | N/A | | |
| 266 | N/A | | |
| 267 | N/A | | |
| 268 | N/A | | |
| 269 | N/A | | |
| 270 | N/A | | |
| 271 | N/A | | |
| 272 | N/A | | |
| 273 | N/A | | |
| 274 | N/A | | |
| 275 | N/A | | |
| 276 | N/A | | |
| 277 | N/A | | |
| 278 | N/A | | |
| 279 | N/A | | |
| 280 | N/A | | |
| 281 | N/A | | |
| 282 | N/A | | |
| 283 | N/A | | |
| 284 | N/A | | |
| 285 | N/A | | |
| 286 | N/A | | |
| 287 | N/A | | |
| 288 | N/A | | |

**JOINT WITNESS LIST**

31685082

| | | | |
|---|---|---|---|
| 289 | N/A | | |
| 290 | N/A | | |
| 291 | N/A | | |
| 292 | N/A | | |
| 293 | N/A | | |
| 294 | N/A | | |
| 295 | N/A | | |
| 296 | N/A | | |
| 297 | N/A | | |
| 298 | N/A | | |
| 299 | N/A | | |
| 300 | Inventory of memorabilia | | |
| 301 | May 27, 1984 Agreement between Statium Management and Jackson Entertainment Corporation | | |
| 302 | Letter Michael Jackson to Branca February 2003 | | |
| 303 | Will | | |
| 304 | Trust | | |
| 305 | Purchase Agreement between Howard W. Mann, DC Netcast, Henry V. Vaccaro and Vintage Associates LLC, dated December 19, 2009 | | |
| 306 | Production and Distribution Agreement between 121 Ventures Inc. and Henry V. Vaccaro, dated September 29, 2009 | | |

30
**JOINT WITNESS LIST**

Katten
Katten Muchin Rosenman LLP
2029 Century Park East, Suite 2600
Los Angeles, CA 90067-3012
310.788.4400 tel   310.788.4471 fax

| | | | |
|---|---|---|---|
| 307 | Letter from Edgar B. Pease III, Esq. to Henry Vaccaro, dated September 2, 2008 | | |
| 308 | Letter from Zia Modabber to Michael D. Wolper, subject line "Michael Jackson Memorabilia", dated January 22, 2010 | | |
| 309 | N/A [*DUPLICATE OF #56*] | | |
| 310 | Complaint, filed January 20, 2011 | | |
| 311 | Email from Lee Durst to Janet Conway, cc to Howard Mann, subject line "Bugbee", dated March 5, 2012 | | |
| 312 | Statement of Fact and General Release, purportedly signed by Joseph Jackson, dated November 19, 2009 | | |
| 313 | Statement of Fact and General Release, purportedly signed by Joseph Jackson, dated November 22, 2009 | | |
| 314 | Statement of Fact and General Release, purportedly signed by Katherine Jackson, dated November 22, 2009 | | |
| 315 | N/A [*DUPLICATE OF #5*] | | |
| 316 | Letter from Katherine Lee Boyd, subject line "John Branca, et al. v. Howard Mann, et al. USDC Case No. CV-11-00584-DDP (PJWx)", dated January 31, 2011 | | |

Katten
KattenMuchinRosenman LLP
2029 Century Park East, Suite 2600
Los Angeles, CA 90067-3012
310.788.4400 tel  310.788.4471 fax

31685082

| 317 | Screenshots of www.jacksonsecretvault.com - Michael Jackson Secret Vault | | |
|---|---|---|---|
| 318 | Email from Stephen Bugbee to Howard Mann, subject line "MJSV Content Removal Schedule A", dated January 9, 2009 | | |
| 319 | Email from Melissa Urena, subject line "Legal Notification", dated July 26, 2010, attaching letter from Kenneth A. Feinswog to JSV Publishing, subject line "Bravado International Group Merchandising Services, Inc., the exclusive licensee for many musical performers including Michael Jackson", dated July 22, 2010 | | |
| 320 | Worldwide Moving & Storage - Household Goods Descriptive Inventory (pages 2-18) | | |

Katten
Katten Muchin Rosenman LLP
2029 Century Park East, Suite 2600
Los Angeles, CA 90067-3012
310.788.4400 tel   310.788.4471 fax

| 321 | Warehouse Receipt from Worldwide Moving & Storage, dated January 24.<br><br>Mayflower Transit - Household Goods Descriptive Inventory (Pages 2-24), dated January 30, 1999 | | |
| 322 | Letter from Edgar B. Pease III to Brian Oxman, dated February 20, 1999 | | |
| 323 | "Vaccaro Lavely & Singer Saga" and attachments thereto | | |
| 324 | Agreement between Henry Vaccaro, Sr., Henry Vaccaro, Jr., Vintage Pop, Inc., Vintage Associates, Keith Lowy, Toni Bahary, Mark Bahary and Howard Mann, dated January 1, 2012 | | |
| 325 | Letter from Zia Modabber to Kathryn Lee Boyd, dated February 1, 2011, subject line "Notice of Infringement: www.jacksonsecretvault.com" | | |
| 326 | Correspondence from Stephen Bugbee to Howard Mann, dated January 9, 2009, subject line "MJSV Content Removal Schedule A" | | |
| 327 | Correspondence from Andrew D. Baharlias, Esq. to Lee Durst, dated October 11, 2011, subject line "http://www.jacksonsecretvault.com" | | |

**JOINT WITNESS LIST**

Katten
Katten Muchin Rosenman LLP
2029 Century Park East, Suite 2600
Los Angeles, CA 90067-3012
310.788.4400 tel   310.788.4471 fax

Katten
KattenMuchinRosenmanLLP
2029 Century Park East, Suite 2600
Los Angeles, CA 90067-3012
310.788.4400 tel  310.788.4471 fax

| | | | |
|---|---|---|---|
| 328 | Sales Figures, Bates Nos. VPM 1058-1078 | | |
| 329 | Notice of Deposition to William A. Pigg | | |
| 330 | Curriculum Vitae of William A. "Bert" Pigg | | |
| 331 | Statement of Fact and General Release signed by Joseph Jackson, dated November 19, 2009 | | |
| 332 | Statement of Fact and General Release signed by Katherine Jackson, dated November 22, 2009 | | |
| 333 | Pigg Deposition Subpoena Privilege Log re Request No. 9 | | |
| 334 | Bill of Sale, Bryan Z. Moldo to El-Rich, dated January 10, 2002 | | |
| 335 | Bill of Sale –El-Rich Corp to Vintage Pop, Inc., dated July 29, 2002 | | |
| 336 | Bill of Sale –Vintage Pop Inc. to Vintage Associates, dated November 27, 2006 | | |
| 337 | Letter from William A. Pigg "To Whom it May Concern", regarding chain of title, dated August 12, 2006, Bates Numbered VPM 0096-97 | | |
| 338 | Agreement between Vintage Pop Inc. and Richard A. Altomare, dated November 1, 2006 | | |

34
**JOINT WITNESS LIST**

31685082

| | | | |
|---|---|---|---|
| 339 | Purported Timeline | | |
| 340 | Declaration of Henry V. Vaccaro, dated May 8, 2004 | | |
| 341 | Declaration of Frank Coonis, dated January 5, 2005 | | |
| 342 | Order Approving Sale of Estates' Right, Title and Interest in Stored Personal Property, Filed January 18, 2002 | | |
| 343 | Transcript of Proceedings - Trustee's Motion for Order Approving the Sale of the Estates' Right, Title and Interest in Stored Personal Property, dated January 10, 2002 | | |
| 344 | Meeting Minutes and Agendas, Bates Numbered VPM 0438-0447 | | |
| 345 | Vintage Pop Media Group: Music Division Summary | | |
| 346 | Vintage Pop Media LLC: Executive Summary | | |
| 347 | Vintage Pop Media Music, LLC: Private Placement Memorandum, dated November 1, 2009 | | |
| 348 | Vintage Pop Media Group, MJ Lives and Vintage Pop Media Group, LLC: Private Placement Memorandum, dated December 15, 2009 | | |

**JOINT WITNESS LIST**

31685082

| 349 | Letter from Zia Modabber to Michael Blakey of Vintage Pop Media, subject line "Michael Jackson Memorabilia," dated February 17,2010 | | |
|-----|---|---|---|
| 350 | Structured Management Agreement between Howard W. Mann, Henry V. Vaccaro and Vintage Associates LLC, dated October 16, 2009 | | |
| 351 | Notice of Sale of Estate Property, Sale, Filed December 1, 2010 | | |
| 352 | Order Approving Sale of Estates' Right, Title and Interest in Stored Personal Property, filed January 18, 2002 | | |

Katten
Katten Muchin Rosenman LLP

2029 Century Park East, Suite 2600
Los Angeles, CA 90067-3012
310.788.4400 tel   310.788.4471 fax

36
**JOINT WITNESS LIST**