Lee H. Durst, Esq., SBN 69704
Email: lee.durst@gmail.com
THE DURST FIRM
220 Newport Center Drive, Ste 11285
Newport Beach, California 92660
Telephone: 949-400-5068

Janet M. Conway (admitted pro hac vice)
Email: pfunkesq@aol.com
29761 Old Lincoln Highway
Wanship, Utah 84017
Telephone: 435-659-4122

Attorneys for Defendants

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA – CENTRAL DIVISION

| | |
|---|---|
| JOHN BRANCA AND JOHN MCCLAIN EXECUTORS OF THE ESTATE OF MICHAEL JACKSON, ET AL.<br><br>Plaintiffs,<br><br>vs.<br><br>HOWARD MANN, ET AL.<br><br>Defendants. | Case No: CV 11-584 DDP<br><br>Defendants' Witness List<br><br>Trial          9/4/2012<br>Time:<br>Courtroom:  3 |

Pursuant to Federal Rule of Civil Procedure 26(a)(3)(A)(i) and (ii), the parties provides the following list of witnesses that it may present at trial other than solely for impeachment:

<u>Defendants' Witnesses</u>:

1. Howard Mann.

   a. Contact: Attorney, Lee Durst, The Durst Firm, 220 Newport Center Drive, Suite 11285, Newport Beach, CA 92660; Tel: (949) 400-5068.

2. Henry Vaccaro, Sr.

   a. Contact: Attorney, Steven Bartell, The Law Offices of Timothy N. Thompson & Associates, APLC, 6745 South Washington Ave., #330, Whittier, CA 90601; Tel. (562) 696-9284.

3. Person Most Knowledgeable of Vintage Associates, LLC.

   a. Contact: Attorney, Steven Bartell, The Law Offices of Timothy N. Thompson & Associates, APLC, 6745 S. Washington Ave., #330, Whittier, CA 90601; Tel: (562) 696-9284.

4. Sean Montgomery of BB Games, Inc. d/b/a MetrixApps.

   a. Contact: Attorney, Daniel A. Pepper, Pepper Law Group, LLC; 361 Route 31, Suite 1402, Flemington, New Jersey, 08822; (908) 698-0330.

5. Stephen D. Bugbee.

   a. Contact: bugbee@vintagepopmedia.com

6. Sonia Lowe

    a.  Contact: Attorney, Lee Durst, The Durst Firm, 220 Newport Center Drive, Suite 11285, Newport Beach, CA 92660; Tel: (949) 400-5068.

7. GSI Commerce Solutions, Inc.

    a.  Contact: Attorney, Michael C. Lieb, Willenken Wilson Loh & Lieb, LLP, 707 Wilshire Blvd., Suite 3850, Los Angeles, CA 90017, (213) 955-8023

8. John Branca.  Mr. Branca, as co-executor of the Estate of Michael Jackson, claims to have rights to a vast multitude of property related to Michael Jackson.  As such, Defendants believe that Mr. Branca will have information regarding the chain of title for property at issue in this litigation.

9. John McClain.  Mr. McClain, as co-executor of the Estate of Michael Jackson, claims to have rights to a vast multitude of property related to Michael Jackson.  As such, Defendants believe that Mr. McClain will have information regarding the chain of title for property at issue in this litigation.

10.     PMK for MJJ Productions.  Defendants are informed and believe that MJJ Productions claims to have certain rights to property related to Michael Jackson.  As such, Defendants believe that the PMK for MJJ Productions will have information regarding the chain of title for property at issue in this litigation.

11.     PMK for Optimum Productions.  Defendants are informed and believe that Optimum Productions claims to have certain rights to property related to Michael Jackson.  As such, Defendants

believe that the PMK for Optimum Productions will have information regarding the chain of title for property at issue in this litigation.

12.     PMK for Sony ATV.  Defendants are informed and believe that Plaintiffs are asserting claims to a Michael Jackson sound recording based on an assignment of rights from Sony ATV.  As such, Defendants believe that the PMK for Sony ATV will have information regarding the chain of title for that property, which is at issue in this litigation.

13.     Brett Livingstone Strong.  Mr. Livingstone Strong has knowledge regarding ownership of rights to original sketches at issue in this litigation that are contained the Katherine Jackson's book, Never Can Say Goodbye.  Mr. Livingstone Strong's contact information is as follows: 3100 Donald Douglas Loop North, Executive Hangar 4, Santa Monica, California 90405; telephone (310) 880-2838.

14.     Dr. Tohme.  Dr. Tohme has knowledge regarding chain of title to original sketches at issue in this litigation that are contained the Katherine Jackson's book, Never Can Say Goodbye.  Upon information and belief, Dr. Tohme also has knowledge regarding chain of title for other property rights at issue in this litigation.

15.     Katherine Jackson.  Mrs. Jackson has knowledge regarding chain of title for property rights at issue in this litigation.

16.     Joseph Jackson.  Mr. Jackson has knowledge regarding chain of title for property rights at issue in this litigation.

17.     Henry Vaccaro, Sr.  Mr. Vaccaro has knowledge regarding chain of title for property rights at issue in this litigation.  Mr. Vaccaro can be contacted through Defendants' counsel.

18.     Henry Vaccaro, Jr.  Mr. Vaccaro has knowledge regarding chain of title for property rights at issue in this litigation.  Mr. Vaccaro can be contacted through Defendants' counsel.

19.     Keith Lowry.  Mr. Lowry has knowledge regarding ownership of property rights at issue in this litigation.  Mr. Vaccaro can be contacted through Defendants' counsel.

20.     PMK El Rich Corporation.  PMK has knowledge regarding ownership of property rights at issue in this litigation.  Mr. Vaccaro can be contacted through Defendants' counsel.

21.     Edgar B. Pease.  Mr. Pease is an attorney who was directly involved in previous litigation regarding chain of title to property rights at issue in this litigation.  Mr. Pease's contact information is as follows: 16255 Ventura Blvd., Suite 704, Encino, CA 91436; telephone (818) 981-2200. (NON DESIGNATED EXPERT)

22.     William Pigg.  Mr. Pigg is an attorney who was directly involved in previous litigation regarding chain of title to property rights at issue in this litigation.  Mr. Pigg's contact information is as follows: 660 Newport Center Drive, Suite 100, Newport Beach,

CA 92660; telephone (323) 204-2999.  (NON DESIGNATED EXPERT)

23.     Steve Fernandez.  Mr. Fernandez is an attorney who was directly involved in previous litigation regarding chain of title to property rights at issue in this litigation.  Mr. Fernandez's contact information is as follows: 429 Santa Monica Blvd., Suite 120, Santa Monia, CA 90401; telephone (310) 393-0236.

24.     Brian Oxman.  Mr. Oxman is an attorney who was directly involved in previous litigation regarding chain of title to property rights at issue in this litigation.  Defendants believe his contact information is as follows: 14126 E Rosecrans, Santa Fe Springs, CA 90670; telephone (562) 921-5058.

25.     Andrew D. Baharias.  Mr. Baharias has information regarding compliance with DMCA for the website www.michaeljacksonsecretvault.com.  Mr. Baharias' contact information is as follows: 72 West End Ave., Somerville, New Jersey 08876; telephone (908) 698-0330.

26.     Janet Jackson.


27.     Randy Jackson.


28.     Tarianon "Tito" Jackson


29.     Jermaine Jackson

30.      Maureen Jackson

31.      Laurer Henry

32.      Charles Sullivan, Promoter of The Jackson Victory Tour.


DATED:      August 13, 2012              THE DURST FIRM

                                         /s/ Lee H. Durst

                                    BY _____
                                              Lee H. Durst

# CERTIFICATE OF SERVICE

State of California, County of Orange:

I am employed in the county and state aforesaid.  I am over the age of 18 and not a party to the within action; my business address is: 220 Newport Center Drive, Ste 11285, Newport Beach, California 92660

On August 13, 2012, I served the foregoing document described as:

## DEFENDANTS' WITNESS LIST

on the parties listed below in this action by placing a true copy thereof or the originals via electronic mail through the ECF system of the United States District Court to the following

| | |
|---|---|
| Zia F. Modabber, Esq. | Howard Weitzman, Esq. |
| KATTEN MUCHIN ROSENMAN | Kinsella Weitzman Iser Kump & Aldisert |
| 2029 Century Park East, Suite 2600 | 808 Wilshire Blvd., Suite 300 |
| Los Angeles, CA 90067 | Santa Monica, CA 90401 |

Steve Bartell, Esq.,
Law Offices of Timothy Thompson
& Associates a PLC
6745 S Washington Ave #330
Whittier, California 90601
Steven Bartell <tt@tntcdlaw.com>

[X]            BY ELECTRONIC MAIL.  I caused the above document to be electronically mailed through the ECF system of the United States District Court.  Executed on August 13, 2012, at Los Angeles, California.

[X]            FEDERAL.  I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

            I declare under penalty of perjury under the laws of United States and the State of California that the above is true and correct.

                        /s/ Lee H. Durst

                        _____
                              Lee H. Durst