**KATTEN MUCHIN ROSENMAN LLP**
Zia F. Modabber (SBN 137388)
  zia.modabber@kattenlaw.com
Tami Kameda Sims (SBN 245628)
  tami.sims@kattenlaw.com
Sara Karubian (SBN 266219)
  sara.karubian@kattenlaw.com
2029 Century Park East, Suite 2600
Los Angeles, CA 90067-3012
Telephone:  310.788.4400
Facsimile:  310.788.4471

**KINSELLA WEITZMAN ISER KUMP & ALDISERT LLP**
Howard Weitzman (SBN 38723)
  hweitzman@kwikalaw.com
Jeremiah T. Reynolds (SBN 223554)
  jreynolds@kwikalaw.com
808 Wilshire Boulevard, 3rd Floor
Santa Monica, California  90401
Telephone:  310.566.9800
Facsimile:  310.566.9850

Attorneys for John Branca and John McClain, Executors of the Estate of Michael J. Jackson, Michael Jackson Company, LLC, MJJ Productions, Inc. and Optimum Productions

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# CENTRAL DIVISION

| | |
|---|---|
| JOHN BRANCA AND JOHN MCCLAIN, Executors of the Estate of Michael J. Jackson, et al.,<br><br>  Plaintiffs,<br>  vs.<br>HOWARD MANN, an individual, et al.,<br><br>  Defendants.<br><br>Vintage Associates, LLC,<br><br>  Counter-Plaintiff,<br>  vs.<br>John Branca, John McClain, Executors of the Estate of Michael Jackson,<br><br>  Counter-Defendants. | CASE NO. CV-11-584 DDP (PJWx)<br><br>[Hon. Dean D. Pregerson]<br><br>**PLAINTIFFS' WITNESS LIST** |

**PLAINTIFFS' WITNESS LIST**

Pursuant to Federal Rule of Civil Procedure 26(a)(3)(A)(i) and (ii), Plaintiffs provide the following list of witnesses that they may present at trial other than solely for impeachment:[1]

1. **Howard Mann**.

Contact: Attorney, Lee Durst, The Durst Firm, 220 Newport Center Drive, Suite 11285, Newport Beach, CA 92660; Tel: (949) 400-5068.

2. **Henry Vaccaro, Sr**.

Contact: Attorney, Steven Bartell, The Law Offices of Timothy N. Thompson & Associates, APLC, 6745 South Washington Ave., #330, Whittier, CA 90601; Tel. (562) 696-9284.  Plaintiffs may present Mr. Vaccaro's testimony by deposition. Attached hereto as Exhibit A are Plaintiffs' designation of Mr. Vaccaro's testimony (subject to additional designations in light of Defendants' counter-designations).

3. **Person Most Knowledgeable of Vintage Associates, LLC.**

Contact: Attorney, Steven Bartell, The Law Offices of Timothy N. Thompson & Associates, APLC, 6745 S. Washington Ave., #330, Whittier, CA 90601; Tel: (562) 696-9284.

4. [2]***Sean Montgomery of BB Games, Inc. d/b/a MetrixApps**.

Contact: 4116 W. Magnolia Blvd., Ste. 211, Burbank, CA 91505

5. ***Stephen D. Bugbee**.

Contact: 1624 Fremont Dr., Thousand Oaks, CA 91362; (805) 418-7594; bugbee@vintagepopmedia.com

6. **Michael Blakey**.

Contact: 9229 W. Sunset Blvd., Suite 415, West Hollywood, CA 90069, (310) 943-1000.

---

[1] In light of the Court's Order of August 10, 2012, granting Plaintiffs' motion for partial summary judgment and summary judgment, Plaintiffs' witness list is likely over-inclusive.  However, out of an abundance of caution, Plaintiffs submit their original witness list and may file a revised witness list.

[2] Pursuant to C.D. Local Rule 16-5, an asterisk denotes witnesses that Plaintiffs may call only if the need arises.

7. **\*Robert Creel**.

Contact: 1980 Millers Path, Cumming, Georgia 30041; tel. (770) 823-2952.

8. **Sonia Lowe**

Contact: Attorney, Lee Durst, The Durst Firm, 220 Newport Center Drive, Suite 11285, Newport Beach, CA 92660; Tel: (949) 400-5068.

9. **\* Person Most Knowledgeable of GSI Commerce Solutions, Inc**.

Contact: Attorney, Michael C. Lieb, Willenken Wilson Loh & Lieb, LLP, 707 Wilshire Blvd., Suite 3850, Los Angeles, CA 90017, (213) 955-8023

10. **\*Lee Durst**.

Contact: 220 Newport Center Drive, Suite 11285, Newport Beach, CA 92660; Tel: (949) 400-5068.

11. **\*Chris Sauer.**

Contact: 7568 E. Rising Star Cir., Carefree, AZ 85377.

12. **\*Keith Lowy**

Contact: 241 Harrison Ave, Oakhurst, New Jersey, 07755-1324.

13. **William A. Pigg**

Contact: 660 Newport Center Drive, Suite 100, Newport Beach, CA 92660; (323) 204-2999.

14. **Fernando Torres**.

Contact: IPmetrics LLC, 9320 Chesapeake Dr., Suite 110, San Diego, CA 92123.

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

15. **Michael Kunkel**.

Contact: Talon Companies, 151 Kalmus Drive, Suite A-103, Costa Mesa, California 92626.

Dated: August 13, 2012      **KATTEN MUCHIN ROSENMAN LLP**
By /s/ Zia F. Modabber
    Zia F. Modabber
Attorneys for Plaintiffs

Dated: August 13, 2012      **KINSELLA WEITZMAN ISER KUMP & ALDISERT LLP**
By /s/ Howard Weitzman
    Howard Weitzman
Attorneys for Plaintiffs