JEFFREY P. THENNISCH (PRO HAC VICE)
jeff@patentco.com
DOBRUSIN & THENNISCH PC
29 W. Lawrence Street, Suite 210
Pontiac, Michigan 48342
Telephone: (248) 292-2920
Facsimile: (248) 292-2910

Attorneys for Defendant Howard Mann

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| JOHN BRANCA et al., | |
|---|---|
| Plaintiff, | Case No. 2:11-cv-00584-DDP-PJW |
| v. | The Honorable Dean D. Pregerson |
| HOWARD MANN et al., | **[PROPOSED] ORDER GRANTING EX PARTE APPLICATION TO EXCLUDE THE EXPERT REPORT AND PURPORTED EXPERT TESTIMONY OF FERNANDO TORRES AT TRIAL** |
| Defendants. | |

After reviewing the Ex Parte Application To Exclude The Expert Report And Purported Expert Testimony of Fernando Torres At Trial and the supporting exhibits, IT IS HEREBY ORDERED, as follows:

The Ex Parte Application To Exclude The Expert Report And Purported Expert Testimony of Fernando Torres At Trial is GRANTED

Dated: September _____, 2016

_____
The Hon. Dean D. Pregerson
United States District Judge