UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| | | | |
|---|---|---|---|
| Case No. | CV 11-00584 DDP (PJWx) | Date | September 4, 2012 |

Title   JOHN BRANCA AND JOHN McCLAIN, Executors of the Estate of Michael J. Jackson; MICHAEL JACKSON COMPANY, LLC, a California Limited Liability Company; MJJ PRODUCTIONS, INC., a California corporation; OPTIMUM PRODUCTIONS, a California corporation -V- HOWARD MANN, an individual; et al.

Present: The Honorable   DEAN D. PREGERSON, U.S. DISTRICT JUDGE

| John A. Chambers | Maria Bustillos | N/A |
|---|---|---|
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| Zia F. Modabber | Lee H. Durst |
| Sara Karubian | Jeffrey P. Thennisch |
| Tami Kameda Sims | Janet M Conway |
| Howard Weitsman | Steven Reed Bartell |
| Jeremiah T. Reynolds | Joseph Lopiccolo |

Proceedings:

STATUS CONFERENCE RE: JURY TRIAL

Counsel notify the Court of settlement.

Settlement is placed on the record.

| | 0 0 | : | 48 |
|---|---|---|---|
| | Initials of Preparer | | JAC |