AO 121 (6/90)

| TO: | |
|---|---|
| Register of Copyrights<br>Copyright Office<br>Library of Congress<br>Washington, D.C. 20559 | REPORT ON THE<br>FILING OR DETERMINATION OF AN<br>ACTION OR APPEAL<br>REGARDING A COPYRIGHT |

In compliance with the provisions of 17 U.S.C. 508, you are hereby advised that a court action or appeal has been filed on the following copyright(s):

| ☑ ACTION  ☐ APPEAL | COURT NAME AND LOCATION | |
|---|---|---|
| DOCKET NO.<br>CV 11 00584 DDP | DATE FILED | |
| PLAINTIFF<br>John Branca and John McClain, Executors of the Estate of Michael J. Jackson; Michael Jackson Company, LLC; MJJ Productions, Inc.; Optimum Productions | | DEFENDANT<br>Howard Mann; Sonia Lowe; DC NETCAST Media Group, Inc.; Vintage Pop Media Group, LLC; Vintage Pop Inc.; Vintage Pop Media, LLC; and DOES 1-10 |

FILED  JAN 20 2012  CLERK U.S. DISTRICT COURT  CENTRAL DIST. OF CALIF.  LOS ANGELES

| COPYRIGHT REGISTRATION NO. | TITLE OF WORK | AUTHOR OR WORK |
|---|---|---|
| 1 | See Attachment 1 | |
| 2 | | |
| 3 | | |
| 4 | | |
| 5 | | |

In the above-entitled case, the following copyright(s) have been included:

| DATE INCLUDED | INCLUDED BY |
|---|---|
| | ☐ Amendment   ☐ Answer   ☐ Cross Bill   ☐ Other Pleading |

| COPYRIGHT REGISTRATION NO. | TITLE OF WORK | AUTHOR OF WORK |
|---|---|---|
| 1 | | |
| 2 | | |
| 3 | | |

In the above-entitled case, a final decision was rendered on the date entered below. A copy of the order or judgment together with the written opinion, if any, of the court is attached.

| COPY ATTACHED | WRITTEN OPINION ATTACHED | DATE RENDERED |
|---|---|---|
| ☒ Order  ☐ Judgment | ☐ Yes  ☒ No | 9/4/12 |

| CLERK | (BY) DEPUTY CLERK | DATE |
|---|---|---|
| Terry Nafisi | L Chai | 9/4/12 |

DISTRIBUTION:
1) Upon initiation of action, mail copy to Register of Copyrights
2) Upon filing of document adding copyright(s), mail copy to Register of Copyrights
X 3) Upon termination of action, mail copy to Register of Copyrights
4) In the event of an appeal, forward copy to Appellate Court
5) Case File Copy

# ATTACHMENT 1

| Copyright Registration No. | Title of Work | Author of Work |
|---|---|---|
| 1. VAu001037139 | The Boy #1 | Michael Joseph Jackson |
| 2. VAu001033592 | Michael Jackson Drawings | Michael Joseph Jackson |
| 3. V3584D245 | Michael Jackson's This Is It (copyright assignment) | Michael Jackson Company, LLC |
| 4. PA0001648138 | Michael Jackson's This Is It | Michael Jackson Company, LLC (employer for hire); AEG Live, LLC (employer for hire) |
| 5. SR0000004940 | Destiny | CBS, Inc. (employer for hire) |
| 6. PA0001607247 | Thriller (25th Anniversary Edition) (Circuit City Exclusive) DVD | MJJ Productions, Inc. |
| 7. SR00000613501 | Thriller (25th Anniversary Edition) (Circuit City Exclusive) | MJJ Productions, Inc. (employer for hire) |